IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:13-MJ-277 (GLS) |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERT A. BUTLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Criminal Complaint 1:13-MJ-277 (GLS) charging **ROBERT A. BUTLER**, the defendant, with arson resulting in personal injury and death, in violation of 18 U.S.C. § 844(i).

The reasons for this dismissal are:

This case involves unusual and complex facts, with the complaint based upon allegations (in the affidavit in support of the complaint) that the defendant used gasoline to start a fire at a residential rental property in Schenectady, New York that resulted in the destruction of the building and its contents and the deaths of a father and three young children and very serious burn injuries for another child.  The gravity of the crime and the potential punishments, the unusual and complex facts, including information regarding the involvement of others, and the circumstances regarding eyewitnesses, necessitate further investigation.

This dismissal is without prejudice.

With respect to this dismissal, defendant consents.

                                    RICHARD S. HARTUNIAN
                                    United States Attorney

By: _____ 2/7/14
      Grant C. Jaquith
      First Assistant United States Attorney
      Bar Roll No. 501396

Leave of court is granted for the filing of the foregoing dismissal.

Dated: February 7, 2014                  _____
                                               Gary L. Sharpe
                                               Chief U.S. District Judge